UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN FORD,

    Petitioner,

    v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

Case No. 20-cv-07158-RS (PR)

**ORDER REOPENING ACTION**

This federal habeas corpus action was dismissed because petitioner failed to file an application to proceed *in forma pauperis* (IFP), or pay the full filing fee, by the deadline. (Dkt. Nos. 8 and 9.) Since dismissal, petitioner has filed an IFP application and a motion to reopen. (Dkt. Nos. 10 and 11.) The motion is GRANTED, and the action is REOPENED. The Clerk is directed to modify the docket accordingly.

The judgment and the order of dismissal are VACATED. (Dkt. Nos. 8 and 9.) Plaintiff's complaint and his IFP motion will be reviewed in separate orders. The Clerk shall terminate Dkt. No. 11.

**IT IS SO ORDERED.**

**Dated:** January 13, 2021

_____
RICHARD SEEBORG
United States District Judge